**Order entered June 7, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00150-CV

## IN RE TONY LAMAR VANN, Relator

**Original Proceeding from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-09117**

## ORDER
Before Justices Molberg, Reichek, and Smith

Based on the Court's opinion of this date, relator's petition for writ of mandamus is **DENIED**.

/s/　　CRAIG SMITH
　　　　JUSTICE